IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

COLLIN BINGHAM, III, MARK THAD ABLES,                  PLAINTIFFS
JAMES BURCH, CHRISTIE COX, JOEY EBINGER,
SAM DOBBINS, TINA DOUBLEDAY, OZELL FARMER,
ANITA GABLE, REGINA JAMES, LONNIE ROSS
JOHNSON, WILLIE J. LEAR, JAMES K. MASSEY,
JASON N. PETTIGREW, KEITH REYNOLDS,
BRYAN SLADE, MIRANDA SLADE, BILLY SCOTT,
KATHERINE SCOTT, LARA SOSSAMAN, and
CHRIS SUCHARSKI

VS.                                             CIVIL ACTION NO. 3:08CV653DPJ-JCS

EMERGYSTAT, INC., SOUTHLAND                          DEFENDANTS
HEALTH SEVICES OF ALABAMA, INC., and
MED EXPRESS OF MISSISSIPPI, LLC

DEFAULT JUDGMENT

THIS ACTION came on for hearing on the Motion of the Plaintiffs for a Default Judgment pursuant to Rule 55(b), Federal Rules of Civil Procedure, and the Defendants having been duly served with Summons and Complaint and not being an infant or unrepresented incompetent person and having failed to plead or otherwise defend, and default having been duly entered, and the Defendants having taken no proceedings since such default was entered, and the Court having considered and determined the damages which are a sum certain; the Court finds that it has jurisdiction of the parties and subject matter of this cause, and further finds that Plaintiffs are entitled to Judgment against the Defendants in the sum of $74,428.45, together with pre-judgment and post-judgment interest thereon at the rate of 0.43 per cent (0.43%) per annum, plus reasonable attorney's fees in the amount of $29,771.38, plus legal interest applicable, and all costs of Court.

THEREFORE, IT IS HEREBY, ORDERED AND ADJUDGED, that the Plaintiffs have and recover of and from the Defendants the total principal sum of $72,861.26, together with prejudgment and post judgment interest thereon at the rate of 0.43 percent (0.43%) per annum, plus reasonable attorney's fees in the amount of $29,144.50, plus legal interest applicable in attorney's fees, and all costs of Court, for all of which let execution issue.

**SO ORDERED AND ADJUDGED** this the 8th day of April, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

JUDGMENT PRESENTED BY:

ARIN CLARK ADKINS, MS BAR #101831
CLARK & CLARK Attorneys, PLLC
2906 N. State Street Suite 330
Jackson, MS 39216
601-981-1568
601-981-7995 (fax)

PHILIP C. HEARN, MS BAR #9366
HEARN LAW FIRM, P.A.
2906 N. State Street Suite 330
Jackson, MS 39216
601-981-1568
601-981-7995 (fax)